

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-22-00057-CR |
| IN RE: SHANNON MARK DOUTHIT, | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | § | IN MANDAMUS |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the Relator's *pro se* petition for writ of mandamus against the Honorable Roy Ferguson, Judge of the 394th District Court of Presidio County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 8TH DAY OF JUNE, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.